Opinion issued August 4, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00970-CR

————————————

**CHRISTOPHER MICHAEL JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Case No. 1763151**

---

## MEMORANDUM OPINION

On April 15, 2026, pro se Appellant Christopher Michael Jackson filed a motion to voluntarily dismiss the appeal. On June 2, 2026, we sent Appellant an order asking him to clarify whether he wants this specific appeal dismissed. On

July 13, 2026, Appellant filed a response explaining, "I desire to dismiss this appeal in case number 01-24-00970-CR."

We grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f); *see also Ex parte Cato*, No. 03-24-00730-CR, 2025 WL 1698734, at *1 (Tex. App.—Austin June 18, 2025, no pet.) (mem. op., not designated for publication) (granting pro se appellant's motion to dismiss appeal). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).